*Harris, Respondent, v. Drake, et al., Petitioners,* No. 74025-9. Petitions for review of a decision of the Court of Appeals, No. 27402-7-II, March 18, 2003, 116 Wn. App. 261. Petitioner Drake's petition *granted* January 7, 2004. Petitioner Harris's petition *denied* January 7, 2004.

*State, Respondent, v. Lorenz, Petitioner,* No. 74061-5. Petition for review of a decision of the Court of Appeals, No. 49726-0-I, April 28, 2003, 116 Wn. App. 1049. *Granted* January 7, 2004.

*Born, Petitioner, v. Thompson, as Director of King County Jail, et al., Respondents,* No. 74126-3. Petition for review of a decision of the Court of Appeals, No. 49384-1-I, May 19, 2003, 117 Wn. App. 57. *Granted* January 7, 2004.

*Sammamish Pointe Homeowners Ass'n, Plaintiff, v. Sammamish Pointe L.L.C., et al., Respondents, Gow, et al., Defendants, LSP Corp., et al., Petitioners,* No. 74135-2. Petition for review of a decision of the Court of Appeals, No. 50305-7-I, March 10, 2003, 116 Wn. App. 117. *Granted* January 7, 2004.

*Edelman, Respondent, v. State ex. rel. Pub. Disclosure Comm'n, Petitioner,* No. 74152-2. Petition for review of a decision of the Court of Appeals, No. 28563-1-II, May 13, 2003, 116 Wn. App. 876. *Granted* January 7, 2004.

*State, Respondent, v. Legrone, Petitioner,* No. 74171-9. Petition for review of a decision of the Court of Appeals, No. 51353-2-I, June 30, 2003, 117 Wn. App. 1044. Case consolidated with *State v. Hunter,* No. 73895-5 and *State v. Ross,* No. 73784-3 and petition for review *granted* January 7, 2004.

*State, Respondent, v. Gilsdorf, Petitioner,* No. 74022-4. Petition for review of a decision of the Court of Appeals, No. 27723-9-II, April 29, 2003, 116 Wn. App. 1053. *Denied* January 7, 2004.